No. 85–5360. DARWIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari. 

No. 85–5365. KHALIQ *v.* BROWN ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 85–5533 (A–521). WILLIAMS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death scheduled for February 18, 1986, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 85–5687. CANNON *v.* TEXAS. Ct. Crim. App. Tex.;
No. 85–5825. NETHERY *v.* TEXAS. Ct. Crim. App. Tex.; and
No. 85–5946. PEREZ *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. Reported below: No. 85–5687, 691 S. W. 2d 664; No. 85–5825, 692 S. W. 2d 686; No. 85–5946, 108 Ill. 2d 70, 483 N. E. 2d 250.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.